(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Ronald G. Johnson #182421
(Name of Plaintiff)     (Inmate Number)

Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977
(Complete Address with zip code)

(2) ~~Officer Bingnear badge# 2729~~
~~Supervisor Officer Ruben Martinez~~
(Name of Plaintiff)     (Inmate Number)

(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Officer Bingnear badge# 2729

(2) Supervisor Officer Ruben Martinez

(3) Officer Deborah Provenza badge #2479 etalj
(Names of Defendants)

4) State of Delaware
(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

5.) New Castle County Police Department

- 08 - 196 -
(Case Number)
( to be assigned by U.S. District Court)

FILED
APR - 7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CIVIL COMPLAINT

• • Jury Trial Requested

"Jury Trial Demanded"

I.  PREVIOUS LAWSUITS

A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

Ronald G. Johnson vs. State of Delaware Civil Action No. 06-240 (Year 4-16-2006 Still pending) Handle by Honorable Judge Sue L. Robinson (SLR)

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?  ··Yes  ·(No)

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?  ·(Yes)·(No)  None required

C. If your answer to "B" is Yes:

   1. What steps did you take?  N.A. None required

   2. What was the result?  N.A.

D. If your answer to "B" is No, explain why not:  None required

## III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant:  State of Delaware

   Employed as _____ at _____
   Mailing address with zip code:  820 N. French Street Wilmington Delaware 19801

(2) Name of second defendant:  Officer Bingnear badge # 2729

   Employed as  Officer  at  New Castle County Police Department
   Mailing address with zip code:  3601 N. Dupont Highway New Castle Delaware 19720

(3) Name of third defendant:  Ruben Martinez (Supervisor Officer)

   Employed as  Officer (Supervisor  at  New Castle County Police Department
   Mailing address with zip code:  3601 N. Dupont Highway New Castle Delaware 19720

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

(4) Name of Fourth defendant  Deborah Provenza (bg# 2479)
Employed  Officer  at  New Castle County Police Department
Address  3601 N. Dupont Highway New Castle Delaware 19720

(5.) Name of Fifth Defendant  New Castle County Police Department
3601 N. Dupont Highway  New Castle Delaware 19720

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Officer Bingnear (badge # 2729) of New Castle County Filed 5 False Felony charges against me One for Bibery a Felony and 4 Felony None Compliance with bond Charges Case Number. 0711033043

2. Officer Ruben Martinez Supervisor of Officer Bingnear approved of the false charges that Officer Bingnear (badge # 2729) Filed Knowing they were false

3. Officer Deborah Provenza (badge # 2479) Filed 4 false charges against me (1) Felony Aggravate Harrassment, offensive Touching and two None Compliance with bond. She Know the Charges was false and Filed them after other officer had investigated and found no crime had been Committed. She Charge me a day after she Claim a Crime happened.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I want ($100.000) One Hundred Thousand in damages time loss off job, Pain and Suffering, Mental Stress, Anxiet et.all -

3

2. _____
   _____
   _____
   _____
   _____
   _____

3. _____
   _____
   _____
   _____
   _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __7__ day of __April__, 2_008_.

_Ronald Johnson_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

# United States District Court
## For The District of Delaware

Ronald G. Johnson
Plaintiff

V.

Defendants
State of Delaware
Officer Bingnear (bg#2729)
Supervisor Officer Ruben Martinez
Officer Deborah Provenza (bg#2479)
New Castle County Police Department

Civil Action No. 08-196

RECEIVED
APR 7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**Filing of This ($100,000.) One Hundred Thousand Dollars Civil Action Lawsuit Pursuant To Title 42 USC 1983, 1985 And 1986**

Comes Now, The Plaintiff Ronald G. Johnson And File this ($100,000.) One Hundred Thousand Dollars Civil Action Lawsuit against the Named Defendants Above.

**Cause of Action Against officer Bingnear (bg#2729)**

### False Arrest Claim / Malicious Prosecution

Officer Bingnear Filed 5 False Charges against the Plaintiff 1 Bribery Charge "Felony" and 4 "Felony" Charges of NonCompliance with bond

See: Criminal Action No. 0711033043 Filed in Superior Court of State of Delaware New Castle County

Concerning Charge of Bribery: The officer Filed this false charge to illegally incarcerate me and increase my bail so I could not afford it and be held in jail without bond. Second it was done to hold me in jail longer. Because in fact I was only accused of sending 4 Love Letters to my girlfriend. If Charged

Pages 1-13

I could only be charged with 4 counts of "misdemeanor" Noncompliance with Conditions of Bond, which the Bail Guildline Law sets my Bail at "None or $50 Unsecure" which means I would of been able to sign myself out of jail pending trial and would not be incarcerated.

### Damages

Furthermore the Bribery charge carries 5 years. But for the charge of "misdemeanor" Noncompliance with bond the charge carries a maximum sentence of 30 days each, 4 months in all. The recommended sentence by law for the Noncompliance with Bond Charges only is a Fine, Cost and Restitution.

### Concluding Damage

This false charge of the officer has had me unlawfully in jail over 120 days, since November 29, 2007. Trial is set for April 17, 2008

### "Facts of The Case"

For 4 weeks strait I am accused of sending Kelly Roache my 2 kids mother a letter. On all the letters I stated I would give $200 to her and $100 to my Daughter if she lets me come back home. On one letter I explained to Kelly "I go to Court December 4, 2007 the case where you cut me and I suppose to touched you and broke the Television T.V. this there last chance to try to Convict me if you not show they will have

(2)

to throw out the case."

### Lack Of Probable Cause To Arrest

The officer lacked Probable Cause to arrest me on the Bribery Charge, And the charge is False because 1.) The officer knew already what the money was For. (It was for my girlfriend to let me come back home) 2.) You could clearly see that Kelly was already not coming to court on her own, by the way I said it's there last chance 3.) The two statements had nothing in common. Nor was they close to each other to be confused as being linked together.

### False Arrest Claim / Milicious Prosecution

Concerning the 4 charges of "Felony" Noncompliance with Bond: The officer Filed these 4 false "Felony" Charges to increase my bail so I could not afford it and be held in jail without bond. Second it was done to hold me in jail longer. Because in fact I was only accuse of sending 4 Love Letters to my girlfriend. If charged I could only be charge with 4 Counts of "misdemeanor" Noncompliance with Condition of Bond.

### Falseness Of The Charges

The falseness of the 4 Noncompliance of bond Charges is the officer falsely illegally charged me with "Felony" Charges instead of "Misdemeanors"

(3)

## The Damage

"Felony": NonCompliance with Bond Carries 2 years each which is 8 years in all. So the Officer had me facing 8 years.

"Misdemeanor": NonCompliance with bond Carries 30 days each 4 months all together

## Concluding

The officer knowingly and intentionaly charged me with "Felony" charges instead of "misdemeanor" and had me facing 8 years instead of 4 months.

## "Constitutional Violation"

This officer knowingly and intentionaly violated my Eight Amendment Constitutional Right to not be held on excessive bail. The Scheme itself illegally charging me with "Felony" Charges instead of "misdemeanors" automaticly made my bail higher so that I could not afford it. It also made the time I was facing higher

## "Evidence Against Officer Bingnear (bg#2729)"

The officer already testified against himself at Preliminary Hearing 10-09-2007. He testified that he knew that the 4 NonCompliance with Bond Charges should be "misdemeanors" and not "Felonies" and that he knew this when he First filed the Charges

He also testified that he knew all the letters sent by me to my girlfriend all offered the same amount of money and in his Police Report states

(4.)

I want her back and to be able to live with her when released

Cause of Action Against Supervisor Officer Ruben Martinez

False Arrest / Milicious Prosecution

42 USC 1986, 42 USC 1985

Officer Bingnear (bg# 2729) told officer Ruben Martinez that I should be charged with "misdemeanors" but his Supervisor officer Ruben Martinez told him to file "Felonies" charges anyway

Evidence Against Officer Martinez

Officer Bingnear testified at preliminary Hearing 10-09-2007. That he brought the issue to his Supervisor, that I should be charged with "Misdemeanors" But was told to file "Felony" charges anyway.

Issue of Law (As "They knew" As a matter of law I am innocent)

Evidence Against Both Officers

False Arrest / Malicious Prosecution

The officers could not charge me with Non-Compliance of Bond or Breach of Release Because I was never released on Bond. I can not breach a Condition of release unless I was released. "The No-contact" Order is a Condition of release. I was never released. The officers knew I was not released because it's in their Police Report. They charged me while I was in jail

(5.)

See: Eaton V. State 703 A2d 637 (1997) at page 640 First paragraph (The "No-Contact" is a Condition of release) (The violation of the No-Contact is a breach of release)

Cause Of Action Against Officer Deborah Provenza (bg 2479)

False Arrest Claim / Malicious Prosecution

Officer Provenza (bg #2479) Filed 4 False charge against Plaintiff. 1 "Felony" Aggravated Harrassment, 1 Offensive Touching, And 2 NonCompliance with Bond

See: Criminal Action No. 0709031522 Filed in Court Of Common Pleas of State Of Delaware And For New Castle County

Concerning "Felony" Aggravated Harrassment:

The officers illegally filed this false Charge to incarcerate me and increase my bail So I Could not afford it and be held in jail without bond. Second it was done to hold me in jail longer. Because in fact im only accused of making 16 Unanswered phone calls. If Charged with "misdemeanor" harrassment my bail would be low and unsecure which means I would of signed myself out of jail pending trial and would not been incarcerated.

Damages

"Felony" Aggravated Harrassment Carries 2 years.

(6.)

But If charged I should of only been charged with "misdemeanor" Harrassment which carries a maximum sentence of 30 days. The recommended sentence by law for Harrassment is a fine, costs and Restitution.

## Concluding

That false charge of officer Provenza (bg.#2479) had me incarcerated 60 days already and Counting

## Facts of The Case

The prosecuter saw the false "felony" charge and reduced the charge to "Misdemeanor" Harrassment. But the charge is still false and got me facing time.

## "Concerning Charge of Offensive Touching"

This Charge is false and officer Provenza has no right to prosecute me for it and is "without Probable Cause."

## Facts of The Case

Officer Provenza is a day late. The event she is charging me with happened on 9-23-07 it's 9-24-07 when she charge me. She is doing a "second hand one side investigation". The day of the incident she is charging me for has already been investigated to the fullest degree and the officer who investigated found no grounds or Probable Cause to arrest.

## What Happen

I live with my daughter Sharey Roache Kelly Roache

(7)

the now assume victim had been arrested for cutting me and a no-contact order. Kelly Roache came to my house and her and Chonelle Cooper, Delores Martin and Ronald Stevens came to my house. Kelly put some of my clothing by the door. I tried to talk to Kelly her and two other girl just started punching and slapping me. I started running out the house. Kelly got in my way. I refused to fight them back and struggle to get out. (I am accused of offensive touching: I am accuse of grabbing her by her shirt which she suppose to have taken off to get away.) I grabbed her shirt to move her out the way of door. She pulled back coming out of it and came again attacking me.) I ran out the house. They chased me. I asked could I get some of my clothing, my work cloths. But was chase further away. Someone called the police the came and stopped me about a half mile away on my way to my brothers house. The Police asked me what happen. He checked my face for bruises and said "They got you pretty bad. He said You live there they told me They said the beat your (___) I want to go back and arrest them, but you don't want to go back there do you. I said No. He said You know you got a No-Contact order I could arrest you. She has a no-Contact order too. I want to arrest her them. They bragging about how they got you

(8.)

He stated your not under arrest you could leave Now if you want. But I want to arrest that one but you don't want to. But if your coming back I got to arrest you. I could arrest you but No are you shore you not coming back I said no I got to go to work in the morning. You don't want to press charges I said No

"Concluding"

The investigating officer investigated and found No Probable Cause grounds to arrest me. The evidence was clear. I live there, Kelly Roache came there attacked me and put me out, with the help of others. I was assaulted and chased out my house.

Note: The officer state he could arrest me varrifing it's there common practice to make up charges and curve the truth. He let me know but there was No Probable Cause to arrest. As stated it's the common practice of New Castle County Police to arrest the Black male in all domestic incidents. That's why she arresting me a day late. She is curving the truth making false charges and has started a malicious prosecution.

Concluding (Prejudice)

Officer Provenza knows of Kelly Roache's No-Contact order. Kelly Roache told he she broke it. Kelly told her she came in contact with me and put me out and assaulted me.

Evidence Against Officer Penvenza (bg# 2479)

She testified at Preliminary 10-09-2007 that she

(9.)

Know Kelly Roache had a no-contact order and that Kelly Roache had contact with me. She came to my house and put me out. She also testified to knowing I was living there the day Kelly came. Also she knows on Kelly's no contact order, Kelly was to keep away from me and my residence et al.,

When officer Provenza stated she knew I lived there. (Which at first she claimed not to know and refused to answer.) She testified that I did not live there when I was arrested. That was to justify why she charge me for NonCompliance of bond for calling there after Kelly Roache had cased me out the house (What she was saying is You lived there when Kelly came, but she illegally put you out so I had no right to call there that night and threw the night or there after.)

### Concluding

I called there that night. Trying to get my daughter to put my cloths outside or at lest my work hard hat, safety glasses and gloves. I was calling my house and my daughter. I lived there for about 1 year. Kelly can't legally put me out. (The officers was suppose to arrest her for coming there violating the No-Contact order) But the New Castle County Police Department target is the black male. She told them she violated the no-contact order and law.

### Concerning Two NonCompliance of Bond Charges

Both these charges are false. One is for coming to

(16)

my own house that day (It's known I did not come to my house I was already there when Kelly came.

The Second Charge of NonCompliance of Bond is for Calling there. I called where I lived and I was calling my daughter no Kelly Roache. Kelly Roache had no business being in my place of residence as her No-Contact order dictates.

<u>Cause OF Action Against State OF Delaware</u> (And) <u>New Castle County Police Department</u>

The New Castle County Police Department officers practice over charging people. To make their bail to to get out of jail, by charging them with "<u>Felonies</u>" for "<u>misdemeanor</u>" offenses. In my Case Number 0711033043 Superior Court New Castle County the officer charged me with 4 "<u>felony</u>" Breach of Release Charges instead of the proper "<u>misdemeanor</u>" Breach of Release. Thereby making me serve over the maximum sentence by law of 4 months. This is done to make people plead guilty to lessor charges. Which is the original charge they should of been charged with all along. In many case they charge innocent people with felonies in stead of misdemeanors which the misdemeanor is the suspect offense. The Felony Charge has higher bail so many people can not bail out of jail. So when offer a plea of or to a misdemeanor charge to time served or probation

(11.)

the innocent person takes it, instead of waiting in jail for trial on a "Felony" charge that could take 6 or more months. (This remedy or "Practice" make the State of Delaware and New Castle County Police Department responsible for the officers actions    "Unconstitutional Practice"

Furthermore New Castle County Police Department has a policy which is in demestic disputes Someone must get arrested. In every situation they target "Black Males" That's why I was arrested even when it's known I am innocent.

### Whole Damage

I lost my job. I lost time off my job and money I would of earned. I lost over 120 days out my life which I was force to spend in jail. I can never get back the time I lost from being with my family the fun I would of had. I was incarcerated locked in a jail cell watching my life waist away. Fead food I did not like. I missed all the pleasure of life. I thought about dieing. I missed Christmas, Thanksgiven, New Years and other Holidays. I knew I was being falsely arrest, over Charged. I knew I was getting the bad end of the stick. I knew I did not deserue it. I watched people payed to watch over my life screw me over. Do the time whether your innocent or not. Worst of all this not the

(12.)

First time this been done. I Can't trust Police officers anymore. I think they are Criminals with badges their intent is to put me in a Cell regardless if I am Innocent or not. I just got out of prison I was incarcerated for a year on false Charges (The officers knew this when they arrested me) After a year in jail before trial the Charge was dropped. This was also done by New Castle County Police officers. I am a black man their target my life is alway in jeopardy. I feel it's very very important that I get Compensated for the damage these officer has done to my life.

## Oath And Affidavit

I Declare and Affirm that the foregoing is true and Correct under penalty of perjury

Affirm and Declared April 7, 2007    Ronald Johnson

Ronald G. Johnson
#182421 / Annex / Dorm 2 Cell #12B
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977





Clerk's Office
United States District Court
For The District of Delaware
844 N. King Street
Wilmington, Delaware 19801

 

INMATE
LEGAL MAIL