In The United States District Court
For The District of Delaware

"Notice of Change of Address"

cc: Bett

Reference To Civil Action No. 1-06-CV-240 SCR
And Civil Action No. 1-08-CV-196 JJF

Dear: Clerk and Court

Please take Notice of Change of address

"New Address"

1107 Columbia Avenue
Wilmington Delaware 19805


Thank You Sincerely   Ronald Johnson
                     4-21-08