IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD G. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-196-JJF |
| | ) |
| OFFICER BINGNEAR, | ) |
| SUPERVISOR | ) |
| OFFICER RUBAN MARTINEZ | ) |
| OFFICER DEBORAH PROVEZA, | ) |
| STATE OF DELAWARE, | ) |
| NEW CASTLE COUNTY POLICE, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, on April 21, 2008, plaintiff, having been released from prison, submitted a new standard form application to proceed without prepayment of fees;

At Wilmington, this 23 day of April, 2008, the Court having considered plaintiff's application;

IT IS ORDERED that the application is GRANTED.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　United States District Judge