IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD G. JOHNSON, | : |
|       Plaintiff, | : |
| v. | : Civil Action No. 08-196-JJF |
| OFFICER BINGNEAR, SUPERVISOR OFFICER RUBEN MARTINEZ, OFFICER DEBORAH PROVENZA, STATE OF DELAWARE, and NEW CASTLE COUNTY POLICE DEPARTMENT, | : |
|       Defendants. | : |

**ORDER**

NOW THEREFORE, at Wilmington this  /  day of July, 2008, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall cause a copy of this Order to be mailed to Plaintiff.

2. Plaintiff's claim against Defendant State of Delaware is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b)(1), and it is **DISMISSED** as a Defendant in the case.

3. The Court has identified what appear to be cognizable claims within the meaning of 28 U.S.C. § 1915A(b) against Defendants Officer Bingnear, Supervisor Officer Ruben Martinez, Officer Deborah Provenza, and the New Castle County Police Department. Plaintiff is allowed to **PROCEED** against these Defendants.

IT IS FURTHER ORDERED that:

1. Pursuant to Fed. R. Civ. P. 4(c)(2), 4(I), and 4(j),

Plaintiff shall provide the Court with **original** "U.S. Marshal-285" forms for **remaining Defendants Officer Bingnear, Supervisor Officer Ruben Martinez, Officer Deborah Provenza, and the New Castle County Police Department,** as well as for the **Chief Executive Officer for New Castle County, Delaware. Plaintiff has provided the Court with copies of the Complaint (D.I. 2) for service upon the remaining Defendants and the Chief Executive Officer for New Castle County, Delaware. Plaintiff is notified that the United States Marshal will not serve the Complaint until all "U.S. Marshal 285" forms have been received by the Clerk of the Court. Failure to provide the "U.S. Marshal 285" forms for each remaining Defendant and the Chief Executive Officer for New Castle County, Delaware within 120 days from the date of this Order may result in the Complaint being dismissed or Defendants being dismissed pursuant to Federal Rule of Civil Procedure 4(m).**

    2. Upon receipt of the form(s) required by paragraph 1 above, the United States Marshal shall forthwith serve a copy of the Complaint (D.I. 2), this Order, a "Notice of Lawsuit" form, the filing fee order(s), and a "Return of Waiver" form upon the Defendant(s) so identified in each 285 form.

    3. Within **thirty (30) days** from the date that the "Notice of Lawsuit" and "Return of Waiver" forms are sent, if an executed "Waiver of Service of Summons" form has not been received from a

Defendant, the United States Marshal shall personally serve said Defendants pursuant to Fed. R. Civ. P. 4(c)(2) and said Defendants shall be required to bear the cost related to such service, unless good cause is shown for failure to sign and return the waiver.

    4. Pursuant to Fed. R. Civ. P. 4(d)(3), a Defendant who, before being served with process timely returns a waiver as requested, is required to answer or otherwise respond to the complaint within **sixty (60) days** from the date upon which the complaint, this order, the "Notice of Lawsuit" form, and the "Return of Waiver" form are sent. If a Defendant responds by way of a motion, said motion shall be accompanied by a brief or a memorandum of points and authorities and any supporting affidavits.

    5. No communication, including pleadings, briefs, statement of position, etc., will be considered by the Court in this civil action unless the documents reflect proof of service upon the parties or their counsel.

    6. **NOTE:** \*\*\* When an amended complaint is filed prior to service, the Court will **VACATE** all previous service orders entered, and service **will not take place**. An amended complaint filed prior to service shall be subject to re-screening pursuant to 28 U.S.C. § 1915(e)(2) and § 1915A(a). \*\*\*

    7. **NOTE:** \*\*\* Discovery motions and motions for appointment

of counsel filed prior to service will be dismissed without prejudice, with leave to refile following service. ***

*[signature]*
UNITED STATES DISTRICT JUDGE