# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD G. JOHNSON | : | |
| | : | |
| Plaintiff, | : | C.A. No. 08-196 JJF |
| v. | : | |
| | : | |
| OFFICER MICHAEL BINGNEAR, | : | |
| SUPERVISOR OFFICER RUBEN | : | |
| MARTINEZ, OFFICER DEBORARH | : | |
| PROVENZA, and NEW CASTLE | : | |
| COUNTY POLICE DEPARTMENT, | : | |
| | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

Please enter the appearance of Harshal Purohit-Patel, Assistant County Attorney, as co-counsel on behalf of Defendants.


**NEW CASTLE COUNTY**
**DEPARTMENT OF LAW**

*/s/ Harshal Purohit-Patel*
_____
Harshal Purohit-Patel – DE Bar ID #4593
Assistant County Attorney
New Castle County Government Center
87 Read's Way
New Castle, DE  19720
(302) 395-5130
Attorney for Defendants

Date:  August 21, 2008

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD G. JOHNSON | : | |
| | : | |
| Plaintiff, | : | C.A. No. 08-196 JJF |
| v. | : | |
| | : | |
| OFFICER MICHAEL BINGNEAR, | : | |
| SUPERVISOR OFFICER RUBEN | : | |
| MARTINEZ, OFFICER DEBORARH | : | |
| PROVENZA, and NEW CASTLE | : | |
| COUNTY POLICE DEPARTMENT, | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Harshal Purohit-Patel, Esquire, hereby certify that on the _21st_ day of August, 2008, I electronically filed the foregoing **Entry of Appearance** with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

> Ronald G. Johnson
> 832 West 6th Street
> Wilmington, DE  19802

> **NEW CASTLE COUNTY**
> **DEPARTMENT OF LAW**
>
> */s/ Harshal Purohit-Patel*
> _____
> Harshal Purohit-Patel – DE Bar ID #4593
> Assistant County Attorney
> New Castle County Government Center
> 87 Read's Way
> New Castle, DE  19720
> (302) 395-5130
> Attorney for Defendants